IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| LARRY JIMMY GRIFFIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 116-209 |
| | ) | |
| NANCY A. BERRYHILL, Acting | ) | |
| Commissioner of Social Security | ) | |
| Administration, | ) | |
| | ) | |
| Defendant. | ) | |

_____

**O R D E R**
_____

Plaintiff filed the above-captioned social security appeal *pro se* on December 16, 2016, and was granted permission to proceed *in forma pauperis*. (Doc. nos. 1, 2, 3.) Thereafter, the Commissioner filed her answer and submitted the transcript of the administrative proceedings. (Doc. nos. 8, 9.) On May 1, 2017, the Court issued a Briefing Order in which Plaintiff was directed to "serve and file a brief setting forth all errors which Plaintiff contends entitle him to relief" within 30 days. (Doc. no. 10, p. 1.) Upon Plaintiff's motion, the Court extended the deadline for Plaintiff to file his brief to June 30, 2017. (Doc. no. 12.) When Plaintiff failed to file his brief by the new stated deadline, the Court entered an Order on July 3, 2017 directing Plaintiff to show cause within 14 days why his case should not be dismissed for failure to prosecute. (Doc. no. 13.)

After entry of that show cause order, Plaintiff filed his brief in support of his appeal

(doc. no. 14), but did not otherwise offer any response to the Court's July 3rd Order in the form of an explanation of cause for the tardiness.  Although the Court does not condone the late filing of Plaintiff's brief, upon consideration, the Court accepts Plaintiff's brief, and this case shall proceed.  The Acting Commissioner shall have <u>forty-five days from the date of this Order</u> to file her brief in accordance with the Court's May 1st Briefing Order.

    SO ORDERED this 18th day of July, 2017, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA